IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISE GOETZ and KAREN MEIERDIERCKS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AINSWORTH PET NUTRITION, LLC, and POST CONSUMER BRANDS, LLC,<br><br>Defendants. | Case No. 1:24-cv-04799 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Louise Goetz and Karen Meierdiercks (together, "Plaintiffs") and Defendants Ainsworth Pet Nutrition, LLC and Post Consumer Brands, LLC (together, "Defendants"), by and through their respective undersigned counsel of record, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted individually by Plaintiffs are dismissed with prejudice, and the putative class claims are dismissed without prejudice. Each side will be responsible for and bear its own attorneys' fee, costs, and expenses.

Dated: December 18, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By _/s/ Julian Diamond_

Julian C. Diamond
1330 Avenue of the Americas, Fl. 32
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jdiamond@bursor.com

*Attorney for Plaintiffs*

1

WINSTON & STRAWN LLP

By: /s/ Ronald Y. Rothstein

Ronald Y. Rothstein
35 West Wacker Drive
Chicago, IL 60601
rrothste@winston.com
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

WINSTON & STRAWN LLP
Jared R. Kessler (*pro hac vice*)
200 South Biscayne Boulevard Suite 2400
Miami, FL 33131
jrkessler@winston.com
Telephone: (305) 910-0500
Facsimile: (305) 910-0505

WINSTON & STRAWN LLP
Annette L. Favetta (*pro hac vice*)
200 Park Avenue New York, NY 10166
afavetta@winston.com
Telephone: (212) 294-4654
Facsimile: (212) 294-4700

*Attorneys for Defendants*

So ordered.

/s/ J. PAUL OETKEN
United States District Judge

Dated: December 19, 2025